UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-3295

**Caption [use short title]**

**Motion for:** Emergency Motion for relief and reversal of lower courts decision. For this is a matter of Law.

Tamara L. Watkins
v.
City of Buffalo
Judge Peter J. Savage, III
in his official and Individual capacity; Et al

**Set forth below precise, complete statement of relief sought:**

For reasons set forth in brief and statement of cause, appellant request reversal of Western District decision, an emergency judgement/order for compensation for damages and/or infractions prescribed by Law, and the filed fee schedule. Emergency.

**MOVING PARTY:** Tamara L. Watkins       **OPPOSING PARTY:** City of Buffalo, Judge Peter J. Savage, III

☐ Plaintiff    ☐ Defendant
☒ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** Self       **OPPOSING ATTORNEY:** Connor Barnett

[name of attorney, with firm, address, phone number and e-mail]

120 7th St. Apt 201 Buffalo, N.Y. 14201    350 Main St, Suite 300A Buffalo, N.Y. 14202
(716) 341-9275, Luvmyny05@gmail.com    (716) 853-8425 Connor.Barnett@ag.ny.gov

**Court- Judge/ Agency appealed from:** United States District Court Western District Lawrence J. Vilardo

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes   ☐ No (explain): its in the brief

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☒ No
Has this relief been previously sought in this court?   ☐ Yes ☒ No
Requested return date and explanation of emergency: January 30, 2025. This occurance happen first in November 2022. It has been over 2 years that our property was taken and almost 2 years since it was sold unlawfully. We need our wheels.

Is oral argument on motion requested?  ☒ Yes ☐ No (requests for oral argument will not necessarily be granted)
Has argument date of appeal been set?  ☐ Yes ☒ No If yes, enter date:

**Signature of Moving Attorney:**
Tamara L. Watkins  Date: 12/31/24   Service by: ☐ CM/ECF ☒ Other [Attach proof of service]
Self

Form T-1080 (rev.12-13)

# UNITED STATES DISTRICT COURT
for the
__Western__ DISTRICT OF __New York__

Tamara L. Watkins, )
)
Plaintiff )
)
v. )
)
City of Buffalo Impound )
Division of Parking Enforcement. ) Case No. __23-CV-0112__
Judge Peter J. Savage in his individual and official capacity )
BPD Officer K Wallenhorst in his individual and official capacity )
Defendant )
Buffalo Law Office - Robert Funderburg in his official and individual capacity )

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

| **Affidavit in Support of Motion** | **Instructions** |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) <br><br> Signed: _Tamara J. Watkins_ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. <br><br> Date: __12/20/24__ |

My issues on appeal are: __pertaining to dismissal, removal, termination of a defendant who ordered the sale of the Plaintiffs property prior to the conclusion of the case violating numerous laws, codes, statutes & New York Constitution__

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

Rev. 12.1.2018

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ NONE | $ | $ | $ |
| Self-employment | $ 50 | $ | $ | $ |
| Income from real property (such as rental income) | $ N/A | $ | $ | $ |
| Interest and dividends | $ N/A | $ | $ | $ |
| Gifts | $ N/A | $ | $ | $ |
| Alimony | $ N/A | $ | $ | $ |
| Child support | $ 150 | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ N/A | $ | $ | $ |
| Unemployment payments | $ N/A | $ | $ | $ |
| Public-assistance (such as welfare) | $ ONLY SNAP | $ | $ | $ |
| Other (specify): | $ N/A | $ | $ | $ |
| **Total monthly income:** | $ 200 | $ | $ | $ |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| | | | $ |
| | | | $ |

Rev. 12.1.2018

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ 25

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| CASH APP | PRE PAID DEBIT | $ 15 | $ N/A |
| WAY 2 GO | CHILD SUPPORT | $ 26 | $ N/A |
| | | $ | $ |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ NOTHING | (Value) $ | (Value) $ my familys |
| | | Make and year: N/A vehicle |
| | | Model: was SOLD |
| | | Registration #: PREMATURELY |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| Make and year: NONE | | |
| Model: | | |
| Registration #: | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| THIS CASE - City of Buffalo | $ TBD | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| C.P. | child/son | 15 |
| N.B. | child/daughter | 19 |
| FAMILY, FRIENDS, ASS. | | |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>Are real estate taxes included? ☐ Yes ☐ No<br>Is property insurance included? ☐ Yes ☐ No | $ Rental assistance | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 45/mo | $ |
| Home maintenance (repairs and upkeep) | $ included may $20/mo | $ |
| Food | $ SNAP | $ |
| Clothing | $ varies 25 | $ |
| Laundry and dry-cleaning | $ varies $20 | $ |
| Medical and dental expenses | $ No WE | $ |
| Transportation (not including motor vehicle payments) | $ our transportation was Sold Prematurely. | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's: | $ N/A | $ |
| Life: | $ | $ |
| Health: | $ | $ |
| Motor vehicle: | $ | $ |
| Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ — | $ |
| Installment payments | | |
| Motor Vehicle: | $ Sold Prematurely | $ |
| Credit card (name): | $ NINE | $ |
| Department store (name): | $ NONE | $ |
| Other: | $ NONE | $ |

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ ~~N/A~~ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ NONE | $ |
| Other (specify): | $ N/A | $ |
| **Total monthly expenses:** | $ 110 | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes ☒ No    If yes, describe on an attached sheet.

   This case, Yes other than that NO

10. Have you spent - or will you be spending - any money for expenses or attorney fees in connection with this lawsuit? ☐ Yes ☒ No

    If yes, how much? $

11. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. No Income. This case is already pending. I am appealing the decision to remove Judge Peter J. Savage who prematurely ordered for our property to be sold before the conclusion of the case. I have no transportation and no income, living in the projects with section 8. Please print my/our check so we can get out of this city. Thank you.

12. State the city and state of your legal residence

    Buffalo, New York

    Your daytime phone number: (716) 341-9275

    Your age: 40    Your years of schooling: All

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Tamara L. Watkins

v.

City of Buffalo,
Judge Peter J. Savage, III, et al
in official and individual capacity

**CERTIFICATE OF SERVICE***

Docket Number: 24-3295

*[Stamp: NEW YORK ATTORNEY GENERAL BUFFALO RO RECEIVED 2024 DEC 30 PM 3:13]*

I, Tamara L. Watkins (print name), hereby certify under penalty of perjury that on 12/30/24 (date), I served a copy of Table of Contents, Brief, fees due, statement of cause/brief/request for removal & order of Judgement and Payment, Attachments A-K (lettered) Electronic filing to remove (list all documents) certificate of deposition B, fee Schedule C, Division of Parking notice D, impound sold property E, claim to city of Buffalo F-I, receipt for property J, law department denial K.

by (select all applicable)**

✓ Personal Delivery    ___ United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Alexandra Roesch | 350 main St. Suite 300a | Buffalo | N.Y. | 14202 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

12/30/24
Today's Date

*[Signature: Tamara L. Watkins]*
Signature

Certificate of Service Form (Last Revised 12/2015)