United Stated District Court of Appeals for the Second Circuit
_____

Tamara L. Watkins                                )
                        Appellate,

v.

United States District Court                     )
Western District of New York,
Et al.,
Appellees/Respondents.      )

## Table of contents

Table of contents................................................................................................1

Brief Introduction............................................................................................ 2

Brief Background.......................................................................................... 2-3

Legal Violations and Arguments................................................................. 3-4

Relief Sought and Enclosures..................................................................... 4-5

Conclusion...... ............................................................................................. 5

Fees............................................................................................................... 6

Attachments............................................................................................... A-K

By: Tamara L. Watkins

Dated: 12/20/2024

United Stated District Court of Appeals for the Second Circuit
_____

| | |
|---|---|
| Tamara L. Watkins ) | |
|         Appellate, | |
| v. | |
| U.S. District Court, Western District of New York ) | RE: **Case No.** 23-cv-01112 |
| Regarding Judge Peter J. Savage, III, City of Buffalo | |
| Impound Lot, BPD Officer M. Wallenhorst, Division | |
| of Parking Enforcement and Buffalo Law office | |
| employee Robert Funderberg ) | |
|         Appellee/Respondent. ) | |

**BRIEF FOR APPELLANT**

### I. Introduction

This is an appeal from the District Court of Western New York regarding a matter involving the unlawful actions of the lower court, which violated multiple legal provisions, including but not limited to the New York State Constitution, the New York State Vehicle and Traffic Law § 511-b, the United States Constitution, Judicial conduct rules, Uniform Administrative Act, Procedures Act and New York State Procedure Act. This appeal seeks redress for the unlawful dismissal of violations and charges from the District Court of Western New York, the improper sale of a vehicle ordered by a City Judge, and the violation of due process rights and the lawful and legal rules stated above. I respectfully request that the Second Circuit Court of Appeals reverse the lower court's decision, order judgment in my favor, and direct the payment of damages and/or compensation as appropriate.

### II. Background

On the following dates, I appeared in court for claims related to vehicle registration suspension, lack of insurance, and vehicle inspection:

- November 16, 2022; whereas I exercised my rights
- November 30, 2022; whereas I exercised my rights
- December 20, 2022; whereas I exercised my rights
- January 30, 2023; whereas I exercised my rights
- August 1, 2023; whereas I exercised my rights

On August 1, 2023, the lower court dismissed the claims related to the suspension, insurance, and inspection. However, upon my attempt to retrieve my vehicle on this date, the presiding judge had already ordered that the vehicle be sold. The vehicle was, in fact, sold on January 3, 2023, in violation of my property rights, U.S. Constitutional rights and New York Constitution rights, in addition to violating New York VAT, New Yorks Code of Judicial conduct and Administrative Procedures Act, Uniform Procedures Act and the Doctrine of Innocent until Proven Guilty.

### III. Legal Violations and Arguments

1. **Violation of the New York State Constitution**: The actions of the lower court violated my constitutional rights, including protection against unlawful seizure of property. The judge's order to sell the vehicle after dismissal of the case constitutes a deprivation of property without due process.
2. **Violation of New York State Vehicle and Traffic Law § 511-b**: This statute governs the procedures and penalties for driving without valid registration and insurance. The judge's actions were inconsistent with this law, which sets forth proper procedures for resolving such matters and protecting the rights of vehicle owners.
3. **Failure to Follow Procedural Law: New York State Vehicle and Traffic Law § 511-b:** This statute mandates that the sale of a vehicle cannot occur until after the resolution of the underlying case. The judge's premature order to sell the vehicle is in direct violation of this law, which is designed to protect the rights of vehicle owners pending the outcome of their legal matters.
4. **Violation of the U.S. Constitution and right to Property**: The sale of the vehicle, coupled with the improper handling of the case, violated my constitutional rights under the Fifth and Fourteenth Amendments, which prohibit government actions that deprive individuals of property without due process of law.
5. **Judicial Conduct Violations**: The district judge's removal of the city judge further demonstrates a pattern of misconduct and partiality in the lower court proceedings. The order to sell the vehicle, even after the case was dismissed, reflects improper

judicial behavior and a violation of ethical standards for judges. **New York State Code of Judicial Conduct, Rule 100.3 (B)(1):** States a judge shall be faithful to the law and maintain professional competence in it and it has been violated by the order of sale prior to the conclusion of the case. The judge's actions selling my family's vehicle before the case was concluded has created an appearance of impropriety and bias, as well as undermining public confidence in the fairness and impartiality of the judicial system.

6. **State Violations of the Uniform Administrative Procedures Act. New York State Administrative Procedure Act (SAPA) §301:** Outlines procedures that ensure fairness and accountability in agency decisions, including those related to administrative enforcement (such as impoundment or sale of vehicles). This includes proper notice, opportunity to contest decisions, and a fair hearing. Part 3 of this section also states that agencies shall adopt rules governing the procedures which were ALL violated.

7. **Bias and Appearance of Impropriety:** Furthermore, the judge's decision reflects a bias towards the City of Buffalo impound lot, as they did not consider my rights as a defendant and property owner. Such actions compromise the integrity of the judicial process and undermine public confidence in the impartiality of the court system. The judge's conduct raises serious questions regarding their ability to fairly and impartially preside over cases involving local government entities, such as the City of Buffalo Impound Lot or their own Judge Colleagues.

8. **Excessive Punishment/Deprivation Without Due Process:** Ordering the sale of my family's property before your case was resolved is an excessive and unfair punishment, especially since the legal proceedings later found in my favor (dismissal of the case). This could also be a violation of the Eighth Amendment's prohibition on excessive fines or punishments because there was no just cause for such drastic action. Now it has been over two years we have been waiting on buses, trains, rides from people, taxi cabs and I broke a bone in my foot walking in early 2024.

**IV. Relief Sought and Enclosures**

I respectfully request that this Honorable Court:

1. Order that since my property cannot be returned to me, compensation be provided for its unlawful sale and loss imposed on the appellate.
2. Issue an order of judgment in my favor, recognizing the legal violations and harm done by the actions of the lower courts.

3. Removal or Penalization of Judge Peter J. Savage, III.
4. Filing and acceptance of Statement of Cause Brief/Requests
5. Award damages and/or compensation for the improper actions of the lower courts, including but not limited to the loss of my property and violation of my legal and lawful rights.

Case Documents:
Statement of Cause/Brief/Request for Judicial Removal and Order of Judgment and payment
A. U.S. District Court Order to Dismiss Judge Peter J. Savage, III; denying as moot.
B. Copy of Buffalo City Court Dismissal
C. Fee Schedule – Notarized copy on file with the district court.
D-K  Case Communications

**V. Conclusion**

For the reasons set forth above, I respectfully request that the Court of Appeals grant the relief sought or come to an agreement with me, reverse the lower court's decision, and issue judgment in my favor. The actions of the Judge Peter J. Savage were unlawful, and I seek full restoration of my rights, compensation for damages, and a ruling that protects me and others from similar future violations. Being turned away when trying to retrieve our contents inside is heartless. I even mentioned on the original claim to compromise with me as a remedy instead the Attorney General and the Lower Court has chosen to side with Judge Peter J. Savage and claim immunity with no proof. We need Better! If immunity is claimed please prove Immunity because no one has thus far. It's been over two years.

**Respectfully submitted,**

Tamara L. Watkins
_____
Appellate

12/20/2024
_____
Dated

Fees Due

Time in Court: Dates November 16, 2022 November 30, 2022, December 20, 2022, January 30, 2023 and August 1, 2023 ........................................................................................ $375,000

Agency by estoppel ............................................................................................... $50,000

Color of law each offense ................................................................................... $750,000

Seizure of motor conveyance.............................................................................. $100,000

Use of trade name................................................................................................ $250,000

Use of driver license............................................................................................. $150,000

Failure to follow State Codes................................................................................ $50,000

Perverting of Justice Judgment......................................................................... $1,000,000

Research/Studying............................................................................................... $365,000

Receipt Amount for 2009 Kia Spectra.................................................................... $3,200

Personal Belongings.................................................................................................. $500

Auto Parts and Items lost in the Kia Spectra........................................................... $500

Time/Loss of Enjoyment of Life/Paying for rides, busses, walking and breaking my foot ..................................................................................................................... $1,000,000


Two Year Total......................................................................................$4,094,200

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Tamara L. Watkins

v.

City of Buffalo, Judge Peter J. Savage, III, et al in official and Individual Capacity

**CERTIFICATE OF SERVICE***

Docket Number: 24-3295

[Stamp: NEW YORK ATTORNEY GENERAL BUFFALO RO RECEIVED 2024 DEC 30 PM 3:13]

I, Tamara L. Watkins (print name), hereby certify under penalty of perjury that on 12/30/24 (date), I served a copy of Table of Contents, Brief, fees due, statement of cause/brief/request for removal & order of Judgement and Payment, Attachments A-K (lettered) Electronic filing to remove (list all documents) certificate of deposition B, fee Schedule C, Division of Parking notice D, Impound Sold property E, claim to city of Buffalo F-I, receipt for property J, law department denial K.

by (select all applicable)**

✓ Personal Delivery   ___ United States Mail   ___ Federal Express or other Overnight Courier

___ Commercial Carrier   ___ E-Mail (on consent)

on the following parties:

| Alexandra Roesch | 350 main St. Suite 300a | Buffalo | N.Y. | 14202 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

12/30/24
Today's Date

Tamara L. Watkins
Signature

Certificate of Service Form (Last Revised 12/2015)